[No. 8144–0–II.   Division Two.   December 1, 1986.]

LISA RUYLE, *Appellant,* v. AMERICAN ECONOMY
INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84–2–01374–1, Thomas A. Swayze, Jr., J., entered September 7, 1984. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Reed, A.C.J., and Petrich, J.

[No. 7954–2–II.   Division Two.   December 2, 1986.]

LINDA ORRIS, *Appellant,* v. ROSS CAMERON MCWAID,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 82–2–03419–9, J. Kelley Arnold, J., entered June 15, 1984. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Reed and Alexander, JJ.

[No. 7229–1–III.   Division Three.   December 2, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
D. WHITEHEAD, *Appellant.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 85–1–00011–0, Jo Anne Alumbaugh, J., entered July 8, 1985. *Affirmed* by unpublished opinion per McInturff, A.C.J., concurred in by Munson and Thompson, JJ.

[No. 7777–9–II.   Division Two.   December 3, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. HENRY
DEMELLO, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 6555, Grant S. Meiner, J., entered March 16, 1984. *Affirmed* by unpublished opinion per Charette, J. Pro Tem., concurred in by Faris and Goodloe, JJ. Pro Tem.